PROB 12C
(6/16)

Report Date: August 13, 2020

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chet Arlie Moses | Case Number: 0980 2:12CR02088-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 23, 2013

| | |
|---|---|
| Original Offense: | Crime on an Indian Reservation - Assault with a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: October 4, 2019 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: October 3, 2022 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged on June 21, 2020, Mr. Moses committed the offense of third degree driving while license suspended, a direct violation of mandatory condition number 2.<br><br>On October 8, 2019, Mr. Moses reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Moses acknowledged he understood his obligation to the Court.<br><br>On June 21, 2020, per Spokane County Sheriff's Office citation XZ0506458, Mr. Moses was involved in a vehicle collision at approximately 1:34 a.m. Mr. Moses was cited and released for third degree driving while license suspended and two other traffic infractions. On June 24, 2020, Mr. Moses admitted to the undersigned that he was indeed driving a motor vehicle on June 21, 2020, when he did not have the privileges to do so, as his driver's license was suspended. |

Prob12C
**Re: Moses, Chet Arlie**
**August 13, 2020**
**Page 2**

| | |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: It is alleged on July 10, 2020, Mr. Moses committed the offenses of second degree assault-domestic violence, abuse of a senior citizen or vulnerable adult, and child abuse, a direct violation of mandatory condition number 2.

On October 8, 2019, Mr. Moses reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Moses acknowledged he understood his obligation to the Court.

On July 10, 2020, per Spokane Tribal Police (STP) report 20-0541, Mr. Moses is alleged to have pushed down and pulled around a female by her hair, while also punching a minor aged female in her left eye. Both of these females were residing in the same residence as Mr. Moses, and STP report 20-0541 indicates that he departed the scene prior to law enforcement arriving, and they were unable to locate him. STP report 20-0541 indicates that one of the females stated she did not feel safe from Mr. Moses and requested a protection order be put in place. On August 10, 2020, the undersigned was made aware of, and provided a copy of, STP report 20-0541, and that a criminal summons was issued for a court date in September 2020 for the aforementioned charges.

| | |
|---|---|
| 3 | **Standard Condition # 6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence:** Mr. Moses is alleged to have failed to notify the probation officer at least 10 days prior to a change in his residence, a direct violation of standard condition number 6.

On October 8, 2019, Mr. Moses reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. Mr. Moses acknowledged he understood his obligation to the Court.

Due to the undersigned's inability to contact Mr. Moses via telephone, the undersigned and another U.S. probation officer attempted to locate Mr. Moses at his last known address on August 12, 2020. It was at that time, two female occupants residing at Mr. Moses' last known address stated that Mr. Moses has not resided at this address for approximately 2 to 4 weeks, and they were uncertain of his current address and/or his whereabouts. The undersigned has attempted to contact Mr. Moses via his last known telephone number, though it appears this number is disconnected and Mr. Moses appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Moses, Chet Arlie**
**August 13, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/13/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

August 13, 2020

Date