PROB 12C
(6/16)

Report Date: March 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chet Arlie Moses | Case Number: 0980 2:12CR02088-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 23, 2013

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation - Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 4, 2020) | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 19, 2021 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: August 18, 2023 |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged Mr. Moses violated the terms of his supervised release by failing to report to his probation officer as instructed on February 8, 2021, which is a direct violation of standard condition number 2.<br><br>On January 21, 2021, Mr. Moses reviewed his conditions of supervised release relative to case number 2:12CR02088-TOR-1, and he acknowledged an understanding of these conditions of supervised release.<br><br>On February 3, 2021, the undersigned and another U.S. probation officer made contact with Mr. Moses at his residence. Prior to arriving, Mr. Moses was made aware that a urinalysis would need to be collected. Mr. Moses attempted to provide a urine sample, though he stated |

Prob12C
**Re: Moses, Chet Arlie**
**March 2, 2021**
**Page 2**

he was unable to provide a sample. Mr. Moses was then directed to provide a urinalysis on February 4, 2021, at Pioneer Human Services (PHS). On February 4, 2021, Mr. Moses informed PHS staff that he was recently exposed to an individual who tested positive for COVID-19, and he was thus unable to be tested for a urinalysis at PHS. The undersigned and Mr. Moses spoke after he was turned away from PHS, in which he agreed to obtain a COVID-19 test, and it should be noted, Mr. Moses did not mention he was recently exposed to someone who tested positive for COVID-19 during our contact at his residence on February 3, 2021. On February 5, 2021, Mr. Moses informed the undersigned that he obtained a COVID-19 test which was negative, though he would have to quarantine for 10 days. The undersigned instructed Mr. Moses to provide a picture of the COVID-19 document indicating it was negative and that he was to quarantine for 10 days, and he was further instructed to contact the undersigned on February 8, 2021, via telephone. Mr. Moses failed to provide a picture of his COVID-19 test and to contact the undersigned on February 8, 2021. The undersigned has attempted to contact Mr. Moses without success since February 5, 2021, and he appears to be evading supervision.

2   **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Moses violated his supervised release by changing his living arrangements on or about February 19, 2021, and failing to notify his probation officer of this change, a direct violation of standard condition number 5.

On January 21, 2021, Mr. Moses reviewed his conditions of supervised release relative to case number 2:12CR02088-TOR-1, and he acknowledged an understanding of these conditions of supervised release.

Due to the undersigned's inability to contact Mr. Moses via his cellular telephone, the undersigned contacted a sergeant with the Spokane Tribal Police Department on February 24, 2021, to request he report to Mr. Moses' residence to inform him to contact the undersigned. On February 24, 2021, the sergeant reported to Mr. Moses' last approved residence, in which a minor residing at the residence stated Mr. Moses was no longer residing at this residence. On February 26, 2021, the undersigned was able to speak with the owner of the residence, in which he reported he had not seen nor spoken to Mr. Moses in over a week, and that he was no longer residing at the residence. Furthermore, the owner of the residence reported he was uncertain as to Mr. Moses' current whereabouts, and that he believed Mr. Moses was up to "no good."

3   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: On February 22, 2021, it is alleged Mr. Moses violated his conditions of supervised release by committing the offenses of burglary, cruelty to animals, and communicating threats/simple assault, a direct violation of mandatory condition number 1.

On January 21, 2021, Mr. Moses reviewed his conditions of supervised release relative to case number 2:12CR02088-TOR-1, and he acknowledged an understanding of these conditions of supervised release.

Prob12C
Re: Moses, Chet Arlie
March 2, 2021
Page 3

On February 22, 2021, per Spokane Tribal Police Department report 21-0097, Mr. Moses broke into his mother's residence with two other individuals, and he was confronted by a minor-aged female who resides at the residence. The minor-aged female informed Mr. Moses that he was not allowed in the residence, and in response, Mr. Moses kicked her dog and threatened her by asking her if she wanted "round two," as Mr. Moses had previously punched her in the eye in July 2020. Upon Mr. Moses and the other two individuals departing the residence, the minor-aged female contacted law enforcement, in which they were unable to locate Mr. Moses. Collateral contact made on March 1, 2021, with the Spokane Tribal prosecuting attorney, indicates a criminal complaint was going to be filed charging Mr. Moses with the aforementioned crimes, and a warrant was going to be requested.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/02/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

March 2, 2021
Date