PROB 12C
(6/16)

Report Date: March 5, 2021

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Chet Arlie Moses | Case Number: 0980 2:12CR02088-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: July 23, 2013

| | | |
|---|---|---|
| Original Offense: | Crime on an Indian Reservation - Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 4, 2020) | Prison - 5 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: January 19, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 18, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/02/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Moses violated the terms of his supervised release on February 26, 2021, by committing the offenses of first degree robbery/car jacking, first degree kidnaping, interfering with reporting of domestic violence, fourth degree assault, harassment threat to harm, dangerous weapons, and theft of a motor vehicle.<br><br>On January 21, 2021, Mr. Moses reviewed his conditions of supervised release relative to case number 2:12CR02088-TOR-1, and he acknowledged an understanding of these conditions of supervised release.<br><br>On February 26, 2021, per Airway Heights Police (AHP) report 2021-84002352, AHP officers made contact with a complainant who identified herself as Mr. Moses' girlfriend. Upon arrival, the AHP officer noted the complainant appeared to be visibly shaking, crying, |

Prob12C
**Re: Moses, Chet Arlie**
**March 5, 2021**
**Page 2**

and overall very afraid. The complainant explained she anticipated driving Mr. Moses to Wellpinit, Washington, per his request, after they met at a grocery store parking lot in Airway Heights, Washington.

As they departed, with the complainant operating the vehicle and Mr. Moses in the passenger seat, Mr. Moses asked the complainant to stop by the Cozy Cove apartments, in which she complied. Upon entering the parking lot, Mr. Moses stated to the complainant "you know the deal" and he pulled out a black folding knife with a 3-inch to 4-inch blade and pointed it at her. The complainant then stated that an unidentified female attempted to enter the car, though the doors were locked. Mr. Moses told the complainant to unlock the doors and let the unidentified female in the backseat of the vehicle, in which she ultimately unlocked the doors, allowing the female to get into the backseat behind her.

With the knife still pointed at her, Mr. Moses told the complainant to drive, in which the complainant began to beg for Mr. Moses to stop, and stated she did not want to drive anywhere. Mr. Moses did not listen and insisted the complainant drive. As the complainant began driving, Mr. Moses stated she needed to drop the unidentified female off at the Northern Quest Casino. Being afraid for her life, the complainant stopped the car and subsequently took her seatbelt off and put the car in park. The complainant informed Mr. Moses that he could take the car if he would let her go. Mr. Moses did not answer so she opened the driver door and got out. As Mr. Moses was climbing over the center console to get into the driver seat, the complainant was able to grab her cell phone off the seat. Mr. Moses informed the complainant that if she called the police, he was going to kill her.

The complainant immediately called 911 and law enforcement was unable to locate the vehicle. The AHP officer noted the complainant's hair was wet on the right side of her face, in which she informed them during the ordeal Mr. Moses threw his Red Bull drink on her, but could not articulate when. AHP officers noted that probable cause existed to arrest Mr. Moses for the aforementioned charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/05/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Moses, Chet Arlie**
**March 5, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 5, 2021
Date